IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | |
| ANTHONY R. ANGELO | : | CHAPTER 7 |
| Debtor: | : | |
| | : | No. 14-30606-ABA |
| STEWART TITLE GUARANTY COMPANY | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | ADVERSARY |
| | : | PROCEEDING NO. 14-2067 |
| ANTHONY R. ANGELO, | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I hereby certify that copies of the "Complaint of Stewart Title Guaranty Company to Determine the Dischargeability of a Debt Pursuant to 11 U.S.C. § 523" and "Summons and Notice of Pretrial Conference in an Adversary Proceeding" were caused to be sent via first class mail, postage prepaid (except as noted), by the undersigned on the date stated below, to the addressees stated below, and at the addresses stated below:

Anthony R. Angelo, *Debtor*
24 Maple Leaf Circle
Sewell, NJ  08080

Dimitri L. Karapelou, Esquire
Rebecca K. McDowell, Esquire
Law Offices of Dimitri L. Karapelou, Esquire
Two Penn Center
1500 JFK Boulevard
Suite 920
Philadelphia, PA  19102

3693295v1

John W. Hargrave, *Trustee*                    Served by ECF system

                            **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */s/ Michael P. Coughlin, Esquire*
       **MICHAEL P. COUGHLIN, ESQUIRE**
       **DANIEL R. UTAIN, ESQUIRE**
       910 Harvest Drive
       P.O. Box 3037
       Blue Bell, PA   19422
       Tel. (610) 260-6000
       Fax (610) 260-1240
       Email: mcoughlin@kaplaw.com
               dutain@kaplaw.com
       Attorneys for Plaintiff,
       Stewart Title Guaranty Company

**Dated: November 18, 2014**

3693295v1

| U.S. POSTAL SERVICE   CERTIFICATE OF  MAILING | Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE-POSTMASTER |   |
| Received From, Michael P. Coughlin, Esquire<br>Kaplin Stewart<br>Union Meeting Corporate Center,<br>910 Harvest Dr.<br>P.O. Box 3037<br>Blue Bell, PA 19422-0765<br>(KMC 4212-346) | |
| One piece of ordinary mail addressed to:<br><br>Anthony R. Angelo<br><br>24 Maple Leaf Circle<br><br>Sewell, NJ  08080 | |
| PS Form 3817, Mar. 1989   * U.S. GPO: 1989-242-531/05281 | |

| U.S. POSTAL SERVICE    CERTIFICATE OF MAILING | Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE-POSTMASTER | |
| Received From, Michael P. Coughlin, Esquire<br>Kaplin Stewart<br>Union Meeting Corporate Center,<br>910 Harvest Dr.<br>P.O. Box 3037<br>Blue Bell, PA 19422-0765<br>(KMC 4212-346) |  |
| One piece of ordinary mail addressed to:<br><br>Dimitri L. Karapelou, Esquire<br><br>Rebecca K. McDowell, Esquire<br><br>Law Offices of Dimitri L. Karapelou, Esquire<br><br>Two Penn Center<br><br>1500 JFK Boulevard<br><br>Suite 920<br><br>Philadelphia, PA  19102 | |
| PS Form 3817, Mar. 1989    * U.S. GPO: 1989-242-531/05281 | |

